# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

```
STEELE RETAIL,LLC d/b/a
LION'S DEN,

      v.

JAY NIXON, Attorney General of the
State of Missouri, in his Official Capacity
```

Case Number: 05-4254-CV-C-GAF

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

- that Plaintiff is awarded attorney fees in the amount of $46,136.25 and an additional $2,453.78 in costs, for a total of $48,590.03.

Entered on: January 5, 2007

| January 5, 2007 | Patricia L Brune |
|---|---|
| Date | Clerk |

_____
(By) Deputy Clerk